UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:15-cr-0201-JMS-TAB |
| | ) | |
| JACOB DODSON, | ) | - 07 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 25, 2021, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on May 4, 13, and 25, 2021.  Defendant Dodson appeared in person with his appointed counsel Gwendolyn Beitz.  The government appeared by Jeff Preston, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Ross Carothers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Dodson of his rights and provided him with a copy of the petition.  Defendant Dodson orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Dodson admitted violation number 1. [Docket No. 679.]   Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."** |

        On March 31, 2021, the offender submitted a urine sample which was positive for opiates (morphine) and benzodiazepines (Nordiazepam, Oxazepam, and Temazepam). He admitted taking Valium two days prior to submitting the sample.

        On April 16, 2021, the offender submitted a urine sample which was positive for opiates and cannabinoids. He denied using marijuana but admitted taking Percocet. Percocet is the brand name for oxycodone, which is inconsistent with the results from that speciman.

        On April 19, 2021, the probation officer contacted the offender by telephone and Mr. Dodson admitted to recently using heroin.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of eight (8) months with no supervised release to follow. Defendant requested placement at any facility other than FCC Terre Haute.

        The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to

follow.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 5/27/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system