UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:15-cr-00201-JMS-TAB |
| JACOB DODSON (07), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation dkt [701] recommending that Jacob Dodson's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt [701]. The Court finds that Mr. Dodson committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision,* dkt [679]. The Court dismisses Violations 2-5, dkt [685] and Violations 6-8, dkt [693]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Dodson is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Court recommends placement at any facility other than FCC Terre Haute.

Date: 6/11/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal